UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LYDIA RUFFIN, )
       Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:17-CV-449-FL
)
NANCY A. BERRYHILL, )
Commissioner of Social Security, )
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation for payment of attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 14, 2018, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act in the amount of $3,500.00 in full satisfaction of any and all claims arising under the Equal Access to Justice Act.

**This Judgment Filed and Entered on March 23, 2018, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Leon R. Montenegro (via CM/ECF Notice of Electronic Filing)

March 23, 2018                PETER A. MOORE, JR., CLERK
                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk